AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Matthew C. Mavar and Julie D. Mavar )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:25cv197 TBM-RPM
Mississippi Green Oil, LLC d/b/a BE Simply )
Marvelous, LLC, Thomas J. Moore, III, Charles T. )
Hill, Nicholas Quave and John Does 1-5 )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nicholas Quave
3199 Quave Road
D'Iberville, MS 39540

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas L. Carpenter, Wise Carter Child & Caraway, P.A.
2510 14th Street, Suite 1125
Gulfport, MS 39501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 06/20/2025                                        /s/ Hough
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Matthew C. Mavar and Julie D. Mavar <br><br> *Plaintiff(s)* <br> v. <br> Mississippi Green Oil, LLC d/b/a BE Simply Marvelous, LLC, Thomas J. Moore, III, Charles T. Hill, Nicholas Quave and John Does 1-5 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25cv197 TBM-RPM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Thomas J. Moore, III
10054 Fountain Avenue
D'Iberville, MS 39540

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas L. Carpenter, Wise Carter Child & Caraway, P.A.
2510 14th Street, Suite 1125
Gulfport, MS 39501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ARTHUR JOHNSTON
*CLERK OF COURT*

Date: 06/20/2025                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Matthew C. Mavar and Julie D. Mavar )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:25cv197 TBM-RPM
Mississippi Green Oil, LLC d/b/a BE Simply )
Marvelous, LLC, Thomas J. Moore, III, Charles T. )
Hill, Nicholas Quave and John Does 1-5 )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mississippi Green Oil, LLC d/b/a BE Simply Marvelous, LLC
c/o Charles T. Hill, Registered Agent
80 E Beach Blvd., Unit 7
Gulfport, MS 39507

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas L. Carpenter, Wise Carter Child & Caraway, P.A.
2510 14th Street, Suite 1125
Gulfport, MS 39501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 06/20/2025        *[signature]*
                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Matthew C. Mavar and Julie D. Mavar<br><br>*Plaintiff(s)*<br>v.<br>Mississippi Green Oil, LLC d/b/a BE Simply Marvelous, LLC, Thomas J. Moore, III, Charles T. Hill, Nicholas Quave and John Does 1-5<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.   1:25cv197 TBM-RPM<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Charles T. Hill
80 E Beach Blvd., Unit 7
Gulfport, MS 39507

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas L. Carpenter, Wise Carter Child & Caraway, P.A.
2510 14th Street, Suite 1125
Gulfport, MS 39501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:  06/20/2025

*J. Hough*
*Signature of Clerk or Deputy Clerk*