IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MATTHEW C. MAVAR and**
**JULIE D. MAVAR**                                                                                                **PLAINTIFFS**

**VS.**                                                                    **Civil Action No. 1:25CV197 TBM-RPM**

**MISSISSIPPI GREEN OIL, LLC,**
**dba BE SIMPLY MARVELOUS, LLC,**
**THOMAS J. MOORE, III, CHARLES T. HILL,**
**NICHOLAS QUAVE and JOHN DOES 1-5**                                    **DEFENDANTS**

**NOTICE OF DISMISSAL**

Pursuant to Miss. R. Civ. Pro 41(a)(1)(i) Plaintiff hereby voluntarily dismisses all claims as to Nicholas Quave only.

**RESPECTFULLY SUBMITTED**, this the 3rd day of July, 2025.

**PLAINTIFFS MATTHEW C. MAVAR**
**and JULIE D. MAVAR**

BY: /s/ *Thomas L. Carpenter*
THOMAS L. CARPENTER

**OF COUNSEL:**
Thomas L. Carpenter (MB #9808)
WISE CARTER CHILD & CARAWAY, PA
2510 14th Street, Suite 1125
Gulfport, Mississippi 39501
Telephone: (228) 867-7141
Facsimile: (228) 867-7142
tlc@wisecarter.com

Jack F. Hall (MB #106482)
WISE CARTER CHILD & CARAWAY, PA
401 E. Capitol Street, Suite 600
Post Office Box 651
Jackson, Mississippi 39205
Telephone: (601) 968-5509
Facsimile: (601) 968-5519
jfh@wisecarter.com